IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DECALVIN SHUNTRELL RAPHIEL, | § |
| Plaintiff, | § CIVIL ACTION NO. 5:22-CV-02120 |
| v. | § JUDGE ELIZABETH ERNY FOOTE |
| MARK BEGOR (EQUIFAX), CHRISTOPHER CARTWRIGHT (TRANS UNION), AND MIKE ROGERS, CFO, REGISTERED AGENTS, CEO, ANY DERIVATIVES OF ANY AND ALL NAMES (EXPERIAN), | § MAGISTRATE JUDGE MARK L. HORNSBY |
| Defendants. | § |

**DEFENDANT MIKE ROGER'S**
**MOTION TO DIMISS PLAINTIFF'S COMPLAINT**

For the reasons set forth in the accompanying memorandum of law, Defendant Mike Rogers hereby moves the Court to dismiss, with prejudice, plaintiff's Complaint under Rule 12(b)(2), (5), and (6) of the Federal Rules of Civil Procedure.

Dated: August 18, 2022

Respectfully submitted,

s/ *Julie M. McCall*
Julie M. McCall
Louisiana Bar No. 29992
BUTLER SNOW LLP
445 North Blvd., Suite 300
Baton Rouge, Louisiana 70802
Julie.McCall@butlersnow.com
Telephone: 225-325-8700
Facsimile: 225-325-8800

*Attorney for Defendant*
*Mike Rogers*

65373929.v1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, serving it on all CM/ECF users, and I served the foregoing document on the following party, who is not a CM/ECF user, via certified mail:

Decalvin Shuntrell Raphiel
P.O. Box 29334
Shreveport, LA 71149
*Plaintiff (Pro se)*

                                                     *s/ Julie M. McCall*
                                                   Julie M. McCall